UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JONA BRANDON,

Plaintiff,

v.

DOORDASH,

Defendant.
_____________________________ /

Case No. 26-13713

F. Kay Behm
United States District Judge

David R. Grand
United States Magistrate Judge

# JUDGMENT

In accordance with the Opinion and Order issued on November 16, 2026, the case is **DISMISSED** without prejudice.

**SO ORDERED.**

Date: November 16, 2026

s/F. Kay Behm
F. Kay Behm
United States District Judge